## Long, Appellant, v. Monongahela City School District.

Argued March 20, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Paul A. Simmons,* with him *Palmer J. McCloskey, Jr.,* for appellants.

*James C. McCreight,* with him *William H. Robinson,* and *McCreight & McCreight,* for appellee.

OPINION PER CURIAM, May 28, 1959:

The judgment is affirmed on the opinion of the Court below appearing in 16 Pa. D. & C. 2d 790.